**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angelina Elaine Bednarz aka HAGY            CHAPTER 7
　　　　　　　　　　Debtor(s)

BKY. NO. 24-12727 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Denise Carlon*
　　　　　　　　　　　　　　　　　　Denise Carlon
　　　　　　　　　　　　　　　　　　20 Aug 2024, 19:55:42, EDT

　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322