*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Angelina Elaine Bednarz | ) | Case No. 24–12727–amc |
| aka HAGY | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 08/05/2024, this case is hereby DISMISSED.

**Date: August 26, 2024**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 7 Statement of Your Current Monthly Income Form 122A–1
Means Test Calculation Form 122A–2
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities